# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MICHELLE QUEEN,** | ) |
| Plaintiff. | ) Case No.: 1:19-cv-03722-CAP |
| v. | ) |
| **CAPITAL ONE BANK, U.S.A., N.A.,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 29, 2020

By: */s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Sarah T. Reise, Esquire<br>
Ballard Spahr<br>
999 Peachtree Street, Suite 1000<br>
Atlanta, GA 30309<br>
Reises@ballardspahr.com<br>
Attorney for Defendant

Dated: June 29, 2020                             By: */s/ Joseph C. Hoeffel*
                                                                Joseph C. Hoeffel, Esquire
                                                                Kimmel & Silverman, P.C.
                                                                30 E. Butler Pike
                                                                Ambler, PA 19002
                                                                Phone: (215) 540-8888
                                                                Fax: (877) 788-2864
                                                                Email: jhoeffel@creditlaw.com